Summons in a Civil Action (Rev 11/97)

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED 07 DEC 11 PM 1:40 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: DEPUTY

KAREL SPIKES,

Plaintiff,

vs

TNT AUTO SALES, INC.; TROY RICHARDSON; MARILYN RICHARDSON and DOES 1 THROUGH 10, Inclusive,

Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No.

'07 CV 2318 — JLS (RBB)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Amy B. Vandeveld, Esq.
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue
San Diego, CA 92101
(619) 231-8883

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

J. PARIS

12/11/07

DATE

By , Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)