Gary Brenner
Attorney at Law, CSBN 125971
110 West C Street, Suite 1905
San Diego, CA 92101
Tel: (619) 237-8899
garybrenner@cts.com

Attorney for Defendants
Troy Richardson, Marilyn Richardson and TNT Auto Sales, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREL SPIKES,<br><br>Plaintiff,<br><br>vs.<br><br>TNT AUTO SALES, INC.; TROY RICHARDSON; MARILYN RICHARDSON and DOES 1 through 10, Inclusive,<br><br>Defendants. | **CASE NO.: 07 CV 2318-JLS (RBB)**<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, declare that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego where this service occurred. My business address is 110 West "C" Street, Suite 1905, San Diego, California 92101. I hereby certify that on **February 6, 2008**, I electronically transmitted the attached document(s) to the Clerk’s Office pursuant to Electronic Case Filing Administrative Policies and Procedures using the CM/ECF System for filing and transmittal of a Notice of

Electronic Filing to the following CM/ECF registrants who have consented to electronic service through the Court's transmission facilities:

Attorney for Plaintiff Karel Spikes:
Amy B. Vandeveld, Esq.
1850 5th Avenue
San Diego, CA 92101
E-mail: abvusdc@hotmail.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on **February 6, 2008** at San Diego, CA.

s/Gary Brenner

Gary Brenner