Amy B. Vandeveld, SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue, Suite 22
San Diego, California 92101
Telephone: (619) 231-8883
Facsimile: (619) 231-8329

Attorney for KAREL SPIKES

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>Plaintiff,<br><br>vs.<br><br>TNT AUTO SALES, INC. et. al.,<br><br>Defendants. | Case No.: 07 cv 2318 JLS (RBB)<br><br>**JOINT MOTION FOR DISMISSAL**<br><br>[F.R.Civ.P. Rule 41 (a)(1), (2)] |

**IT IS HEREBY STIPULATED** by and between KAREL SPIKES, Plaintiff, on the one hand, and TNT AUTO SALES, INC., TROY RICHARDSON and MARILYN RICHARDSON, Defendants, on the other hand, (hereinafter "the Parties") through their respective attorneys of record that said Parties have agreed to resolve the case between them by way of settlement.

The Parties further stipulate that Magistrate Judge Ruben B. Brooks, or any other Magistrate Judge appointed by the Court, shall retain jurisdiction over all disputes between the Parties arising out of the Settlement Agreement including, but not limited to, interpretation and enforcement of the terms of the Settlement Agreement.

The Parties further stipulate, pursuant to Federal Rules of Civil Procedure 41(a) (1,2), that this Court enter a dismissal of Plaintiff's Complaint in USDC Case No. 07 CV 2318 JLS (RBB) in its entirety and with prejudice. The Parties further stipulate that each shall bear its, his or her own costs and fees with respect to any claims they may have against each other in the instant action, except as otherwise set forth in the Settlement Agreement.

**IT IS SO STIPULATED.**

LAW OFFICES OF AMY B. VANDEVELD

DATED: ______________

S/Amy B. Vandeveld
AMY B. VANDEVELD,
Attorney for Plaintiff
E-mail: abvusdc@hotmail.com

LAW OFFICES OF GARY BRENNER

DATED: ______________

By: ______________________
GARY BRENNER, ESQ.
Attorney for Defendant

The Parties further stipulate, pursuant to Federal Rules of Civil Procedure 41(a) (1,2), that this Court enter a dismissal of Plaintiff's Complaint in USDC Case No. 07 CV 2318 JLS (RBB) in its entirety and with prejudice. The Parties further stipulate that each shall bear its, his or her own costs and fees with respect to any claims they may have against each other in the instant action, except as otherwise set forth in the Settlement Agreement.

**IT IS SO STIPULATED.**

LAW OFFICES OF AMY B. VANDEVELD

DATED: ______________

S/Amy B. Vandeveld
AMY B. VANDEVELD,
Attorney for Plaintiff
E-mail: abvusdc@hotmail.com

LAW OFFICES OF GARY BRENNER

DATED: March 27, 2008

By: [signature]
GARY BRENNER, ESQ.
Attorney for Defendant