IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br>Plaintiff,<br>vs.<br>TNT AUTO SALES, INC. et. al.,<br>Defendants. | Case No.: 07 cv 2318 JLS (RBB)<br>**ORDER ON MOTION/STIPULATION OF DISMISSAL**<br>[F.R.Civ.P. Rule 41 (a)(1), (2)] |

**IT IS HEREBY ORDERED,** that Magistrate Judge Ruben B. Brooks or any other Magistrate Judge appointed by the Court, shall retain jurisdiction over all further proceedings in this matter including, but not limited to, interpretation and enforcement of the terms of the Settlement Agreement. The terms of the Settlement Agreement are hereby incorporated in this Order.

It is further ordered that the Complaint in USDC Case No. 07 CV 2318 JLS (RBB) is hereby dismissed in its entirety and with prejudice. The Parties shall each bear its, his or her own costs and fees, except as otherwise set forth in the Settlement Agreement, which is **incorporated herein by reference.**

**IT IS SO ORDERED.**

DATED: April 2, 2008

Janis L. Sammartino

**Honorable Janis L. Sammartino**
**United States District Judge**